No. 97–7576.  KIMBROUGH *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 97–7577.  BRODEUR *v.* CITY OF NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 97–7582.  VILLARREAL *v.* FLORIDA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–7583.  WHITAKER *v.* WHITAKER ET AL.  Ct. App. Tenn.  Certiorari denied.

No. 97–7584.  JACKSON *v.* LEWIS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–7585.  BOUFFORD *v.* FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 97–7587.  WILKINSON *v.* SUMNER, MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI.  C. A. D. C. Cir.  Certiorari denied.

No. 97–7591.  SMALLEY *v.* FEDERAL BUREAU OF PRISONS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–7595.  BENIGNI *v.* COWLES MEDIA CO. ET AL.  Ct. App. Minn.  Certiorari denied.

No. 97–7601.  HENRY *v.* ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 97–7604.  GOODEN *v.* ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 97–7605.  GREEN *v.* ROE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–7608.  FLANAGAN ET UX. *v.* WELLS FARGO BANK ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–7609.  GRAY *v.* WHITE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 97–7613.  ENGLISH *v.* PAGE, WARDEN.  C. A. 7th Cir.  Certiorari denied.